```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  DAWRENCE W. RICE, JR.
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7272
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   1:04-cr-5169 OWW
                                   )
12              Plaintiff,         )   GOVERNMENT'S MOTION FOR
                                   )   DISMISSAL OF INDICTMENT, AND
13      v.                         )   ORDER THEREON.
                                   )
14  ROBERT VINCENT EVERSOLE, JR.,  )
    JASON FRANK DUKE, and          )
15  DAVID JAMES BAILEY,            )
                                   )
16                                 )
                Defendants.        )
17  _____ )
18
```

19     Pursuant to Rule 48(a) of the Federal Rules of Criminal
20 Procedure, the government moves to dismiss the Indictment against
21 the above-named defendants in the interest of justice and based on
22 the Petite Policy of the United States Department of Justice,
23 because Robert Vincent Eversole, Jr. and Jason Frank Duke have
24 been convicted in the Superior Court of California in Kings County
25 for the offenses that are the subject of this indictment, and
26 David James Bailey who aided and abetted Eversole and Duke as a
27 getaway driver in the offenses has been convicted in federal court
28 in a related case, 1:04-cr-5366, and sentenced to 37 month

imprisonment.

DATED: July 18, 2005                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By/s/Dawrence W. Rice, Jr.
                                          DAWRENCE W. RICE, JR.
                                        Assistant U.S. Attorney

**ORDER**

   IT IS ORDERED that the Indictment in 1:04-cr-5169 OWW against the above-named defendants be dismissed.

DATED: August 2, 2005                   /s/ OLIVER W. WANGER
                                        OLIVER W. WANGER
                                        United States District Judge